# UNITED STATES DISTRICT COURT
### for the
_Middle_ District of _Tennessee_
_Nashville_ Division

| | |
|---|---|
| Travis Kenard Dawson <br><br> _Plaintiff(s)_ <br> _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ <br><br> -v- <br> Circle K Store Inc. <br> Tennessee Human Rights Commission <br><br> _Defendant(s)_ <br> _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. _____

_(to be filled in by the Clerk's Office)_

Trial by jury

Jury Trial: _(check one)_ ☑Yes ☐No

**RECEIVED**

**NOV 1 2 2024**

U.S. District Court
Middle District of TN

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Travis Kenard Dawson |
| Address | 167 Bell Road, Suite 16 |
| | Nashville    Tennessee    37217 |
| | *City*         *State*         *Zip Code* |
| County | Davidson |
| Telephone Number | (918) 213-8632 |
| E-Mail Address | traviskdawson@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Cirkle K Stores Inc |
| Job or Title (*if known*) | Company |
| Address | 1130 West Warner Road |
| | Tempe    Arizona 85284-2816 |
| | *City*         *State*         *Zip Code* |
| County | Maricopa |
| Telephone Number | (602) 728-8000 |
| E-Mail Address (*if known*) | http://circlek.com |

☑ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Tennessee Human Rights Commission |
| Job or Title (*if known*) | State agency |
| Address | 312 Rosa L Parks Ave 23rd floor |
| | Nashville    Tennessee    37243 |
| | *City*         *State*         *Zip Code* |
| County | Davidson |
| Telephone Number | (800) 251-3589 |
| E-Mail Address (*if known*) | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *See Attachments*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 3:24-cv-01340   Document 1   Filed 11/12/24   Page 3 of 9 PageID #: 3

# II. Basis for Jurisdiction
# 42 United States Code 1983

**Understanding Employee Discrimination Against Customers Based on Skin Color:**

Discrimination against customers by employees based on skin color is a serious issue that falls under the broader category of racial discrimination. This type of behavior can manifest in various ways, including differential treatment, verbal abuse, or outright refusal of service. The implications of such actions are significant not only for the affected individuals but also for businesses and society at large.

Under United States federal law, discrimination based on race or color is prohibited. The **Civil Rights Act of 1964** is a landmark piece of legislation that makes it illegal to discriminate against individuals in public accommodations based on race, color, religion, sex, or national origin. Title II specifically addresses discrimination in places of public accommodation, which includes restaurants, hotels, and retail establishments. Under this law, if an employee discriminates against a customer because of their skin color, the business can be held liable for the employee's actions. This liability arises from the principle of vicarious liability where employers are responsible for the actions of their employees conducted within the scope of their employment.

**Tennessee Discriminatory Laws and Oversight of Circle K Stores**

In Tennessee, all businesses, including Circle K stores, must comply with state laws regarding discrimination. These laws are designed to prevent discriminatory practices based on race, color, religion, sex, national origin, age, disability, and other protected characteristics. The enforcement of these laws falls under the jurisdiction of the Tennessee Human Rights Commission (THRC).

## Role of State Employees

Within the THRC, there are specific roles designated for handling discrimination cases. The Executive Director oversees the commission's operations and ensures that investigations into complaints are conducted fairly and thoroughly. Additionally, investigators within the commission are tasked with gathering evidence related to claims of discrimination against businesses like Circle K.

Discrimination against customers based on skin color by employees is not only illegal but also detrimental to both individuals and businesses. It is essential for organizations to foster an inclusive enviroment through training and policy enforcement.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Supervisors at Circle K Store Inc through Tennessee Human Rights Commission allows for Circle K employees to use discriminatory practices towards customer.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? at Circle K, 4711 Andrew Jackson Parkway, Hermitage, Tennessee 37076

B. What date and approximate time did the events giving rise to your claim(s) occur? October 19, 2024 at around 8:28 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* At around 8:28pm Central Standard Time I went into a Circle K Store because, after paying and pumping gas into my automobile the machine stated that the cashier has the receipt. I went into the store to ask cashier for my receipt and cashier stated to me that "We don't give receipts to black people and began to laugh. The matter was reported to Circle K Corporate Office and District Manager. No higher position employee did not resolve matter.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was discriminated against by a Circle K employee because of the color of my skin. Impact on customers when customers experience discrimination due to their skin color, it can lead to several outcomes:

1) Emotional Distress: Victims may suffer from feelings of humiliation, anger, and frustration.

2) Loss of Trust: Discriminatory practices can erode trust in businesses and institutions.

3) Economic Consequences: Discrimination can deter customers from returning to a business or recommending it to others.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Prices cannot be placed on my protected unalienable rights, as an Heir of earth and as an heir of the most High God but I am requiring that officers of the court have both defendants compensate me through their employees the sum of $1.5 million each which equals $3,000,000.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. *All rights are reserved. Void where prohibited by law*

Date of signing:  *November 6, 2024*

Signature of Plaintiff  *Autograph: Travis-Kenard. Dawson.*

Printed Name of Plaintiff  *Travis Kenard Dawson*

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

Telephone Number  _____

E-mail Address  _____

Travis Kenard Dawson
167 Bell Road, Suite 16
Nashville, Tennessee [37217]

RECEIVED

NOV 12 2024

U.S. District Court

Clerk, United States District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tennessee 37203